

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 15, 2021

**By ECF**

The Honorable Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re:   *United States v. David Rose*, 21 Cr. 631 (LTS)

Dear Judge Swain:

As directed by the Court, the parties write to request that an arraignment and initial pretrial conference in the above-referenced matter be scheduled for November 30, 2021, at 11:00 a.m.

With the consent of the defendant, the Government also respectfully requests that the time between today and November 30, 2021, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Government respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the Government time to prepare and produce discovery, the defendant time to review such discovery, and the parties an opportunity to discuss the possibility of pretrial resolution of this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Jonathan L. Bodansky
Assistant United States Attorney
(646) 957-1800

The foregoing request is granted.  The arraignment and initial pretrial conference are hereby scheduled for November 30, 2021, at 11:00am.  The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through November 30, 2021, from speedy trial computations, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  DE no. 8 resolved.  SO ORDERED. 10/18/2021
/s/ Laura Taylor Swain, Chief USDJ

Cc:   Martin Cohen, Esq. (via ECF)