UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

-v-

DAVID ROSE,

Defendant.
-----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT
CRIMINAL PROCEEDING**

**21-CR-631 (LTS)**

**Check Proceeding that Applies**

  X    Arraignment

I have been given a copy of the indictment containing the charges against me and have reviewed it with my attorney.  I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the indictment; to have the indictment read aloud to me if I wish; and to enter a plea of either guilty or not guilty before the judge.  After consultation with my attorney, I wish to plead not guilty.  By signing this document, I wish to advise the court of the following.  I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that:

    1)    I have received and reviewed a copy of the indictment.
    2)    I do not need the judge to read the indictment aloud to me.
    3)    I plead not guilty to the charges against me in the indictment.

Date:
11/30/2021

/s/ David Rose by Martin Cohen
_____
Signature of Defendant

David Rose
_____
Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is:
_____.

Date:
11/30/2021

/s/ Martin Cohen
_____
Signature of Defense Counsel

Accepted:

_____
Signature of Judge
Date:  11/30/21