**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 26, 2022

*By ECF*

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

## MEMO ENDORSED

Re:    *United States v. David Rose*, 21 Cr. 631 (LTS)

Dear Chief Judge Swain:

    I write on consent (Assistant U.S. Attorney Ashley Nicolas) to respectfully request that the Court adjourn the conference scheduled for February 9, 2022 at 10:00, and reschedule it for February 10, 2022, at 2:00 p.m., or another time convenient for the Court.

    If the Court grants the request, I further request that time be excluded under the Speedy Trial Act until the next conference date.

Respectfully Submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
Tel. (212) 417-8737

Cc:    Jonathan Bodansky, Esq., by ECF

---

The foregoing adjournment request is granted. The conference and change of plea hearing in this matter is hereby adjourned to February 10, 2022, at 2:00pm. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through February 10, 2022, outweigh the best interests of the public and the defendant in a speedy trial in order to allow the parties to continue discussing a potential pretrial disposition. Dkt. no. 20 resolved.
SO ORDERED.
1/27/2022
/s/ Laura Taylor Swain, Chief USDJ