**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 9, 2022

*By ECF*

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

# MEMO ENDORSED

Re:   *United States v. David Rose*, 21 Cr. 631 (LTS)

Dear Chief Judge Swain:

    I write on consent (Assistant U.S. Attorney Jonathan Bodansky) to respectfully request that the Court adjourn sentencing in this matter, currently set for May 24, 2022, for a period of two weeks; that is, for a convenient date during the week of June 6, 2022. If the Court is not available that week, I request a date during the week of May 30, 2022. (Mr. Bodansky will be on trial during the week of June 13, 2022.)

    Thank you for your consideration of this request.

Respectfully Submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
Tel. (212) 417-8737

Cc.   Jonathan Bodansky, Esq., by ECF

---

The foregoing request is granted.  The sentencing hearing in this action is hereby rescheduled for June 3, 2022, at 11:30a.m.  Dkt. No. 29 resolved.
SO ORDERED.
5/10/2022
/s/ Laura Taylor Swain, Chief USDJ