UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                                                                No.  21-CR-631-LTS

DAVID ROSE,                                                                                         ORDER

        Defendant.

-------------------------------------------------------x

        The sentencing hearing in this case is hereby scheduled to proceed on **June 3, 2022**, at **11:30a.m.**, in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                        /s/ Laura Taylor Swain
       May 27, 2022                                         LAURA TAYLOR SWAIN
                                                                         Chief United States District Judge